

S.D.N.Y.
07-cv-7540
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of February, two thousand eight,

Present:
>    Hon. Richard J. Cardamone,
>    Hon. Sonia Sotomayor,
>    Hon. Reena Raggi,
>        *Circuit Judges*.

Charles Reed,

>        *Plaintiff-Appellant*,

>    v.                                          07-4563-cv

United States Government and Sweepstakes,

>        *Defendant-Appellee*.

---

Appellant, *pro se*, moves to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Pillay v. I.N.S.*, 45 F.3d 14, 17 (2d Cir. 1995); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *[signature]*

FEB 27 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

ISSUED AS MANDATE   05/21/08